Affirmed and Memorandum Opinion filed February 13, 2003















Affirmed and Memorandum Opinion filed February 13, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00524-CR

____________

 

CARLOS ALBERTO VENTURA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

___________________________________________

 

On Appeal from
the 185th District Court

Harris County, Texas

Trial Court
Cause No. 884,480

 

___________________________________________

 

M E M O R A
N D U M   O P I N I O N

            A jury found appellant, a citizen of
El Salvador, guilty of
aggravated robbery and sentenced him to fifteen years’ confinement.  

            Appellant contends in one point of
error that the trial court erred in allowing the State’s argument against
probation.  Specifically, the State
argued that because appellant is not a United
 States citizen,
he could be deported for his crime before complying with conditions of
probation.  Thus, the State argued that
probation was not punishment at all. 
Appellant contends that this argument, during the punishment phase of
the trial, was improper and caused substantial harm.  We affirm.

 








Waiver of
Appellate Review

            “In
order to preserve jury argument error for appellate review, the defendant must:
‘(1) make an objection; (2) request an instruction to disregard; and (3) make a
motion for a mistrial.’”  Cook v. State, 858 S.W.2d 467, 473 (Tex. Crim.
App. 1993) (quoting Coe v. State, 683
S.W.2d 431, 436 (Tex. Crim. App. 1984)).  In
the instant case, appellant failed to fulfill any of these requirements, as he
acknowledges in his brief.  By failing to
object and to procure a ruling, the appellant presents nothing for this court
to review.  Tex. R. App. P. 33.1; Reynolds
v. State, 848 S.W.2d 785, 790 (Tex. App.—Houston [14th Dist.] 1993, pet. ref’d) (stating that an “[a]ppellant
failed to preserve error by failing to procure a ruling and by failing to
request a mistrial.”).  Accordingly, the
judgment of the trial court is affirmed. 


 

                                                                                    

                                                                        /s/        Charles W. Seymore

                                                                                    Justice

 

Judgment
rendered and Memorandum Opinion filed February 13, 2003.

Panel
consists of Justices Anderson, Seymore, and Guzman.

Do Not
Publish — Tex. R. App.
P. 47.2(b).